PLATON ROJDESVENSKY, Ruling Archbishop of the Russian Orthodox Greek Catholic Church of North America, and Another, Appellants, v. STEPHAN DZUBAY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of Proceedings Supplementary to Execution in Favor of RICHARD KRAUSE, Respondent, v. LEON ACKERMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

UNITED STATES PLYWOOD COMPANY, INC., Respondent, v. NATHAN GOLDSMITH and Others, Constituting the Firm of L. GOLDSMITH & SON, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

GEORGE T. BAUM, Appellant, v. ARTHUR H. LAMBORN and Others, Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

JOSEPH ROSENBERG and Another, Doing Business as CENTRAL HAT WORKS, Appellants, v. HARRIS ZIMMERMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

A. D. GRANGER COMPANY, Respondent, v. WALTON FOUNDRY COMPANY, Appellant. (No. 1.)— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Page. Greenbaum and Finch, JJ.

A. D. GRANGER COMPANY, Respondent, v. WALTON FOUNDRY COMPANY, Appellant. (No. 2.) —Order reversed, with ten dollars costs and disbursements. and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

HORACE GINSBERG and Another, Copartners, etc., Respondents, v. THIRD AVENUE ARCADE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

MANFRED W. EHRICH, Trustee in Bankruptcy of ELMORE D. DIER and Others, Individually and as Copartners, etc., Appellant, v. FRED ANDREWS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ROBERT GOOD, Appellant, v. LORETTA GOOD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ROBERT GOOD, Appellant, v. LORETTA GOOD, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to move at Special Term, within fifteen days after service of this order with notice of entry thereof and on payment of said costs, providing he is not then in arrears in payment of alimony or counsel fee, to resettle the order appealed from so as to provide that the examination upon his part may be likewise taken upon oral questions upon such terms as to the Special Term may seem just. Defendant is entitled